**Motion to Stay Denied; Petition for Writ of Mandamus Denied and Opinion filed July 26, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00282-CV

---

## IN RE BASIM MOUSILLI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-49635**

---

## MEMORANDUM OPINION

On Friday, May 21, 2021, relator Basim Mousilli filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The petition was amended on June 4, 2021, and an emergency motion to stay was filed seeking a stay of trial, set for August 23, 2021. In the petition, relator asks this Court to compel the Honorable Linda Marie Dunson, presiding judge of the 309th District Court of Harris County, to vacate the order signed

February 25, 2021, disqualifying Lema Barazi as counsel for relator pursuant to Rule 3.08. *See* Tex. Disciplinary R. Prof. Conduct 3.08.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Justices Bourliot, Poissant and Wilson.